Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20−14135−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Gleisner Jr.
   1005 East Pine Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−4345

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/1/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 1, 2020
JAN: bc

                                                      Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-14135-ABA
Thomas J. Gleisner, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1           Date Rcvd: Jun 01, 2020
                              Form ID: 148               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db           +Thomas J. Gleisner, Jr.,    1005 East Pine Street,    Millville, NJ 08332-3260
518757937    +KML Law Group,   216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
518757939    +PSE&G,   Po Box 14444,    New Brunswick, NJ 08906-4444
518757940    +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518757942    +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
               Charlotte, NC 28219-9409
518812095    +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
518757943    +South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
518757944    +State of New Jersey,    Department of Labor And Workforce,    PO Box 951,
               Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 00:36:04     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 00:36:01     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518757933    +E-mail/Text: bankruptcy@pepcoholdings.com Jun 02 2020 00:35:41     Atlantic City Electric,
               PO Box 17006,    Wilmington, DE 19850-7006
518769081    +E-mail/Text: bankruptcy@pepcoholdings.com Jun 02 2020 00:35:41
               Atlantic City Electric Company,    5 Collins Drive, Suite 2133,   Mail Stop 84CP42,
               Carneys Point, NJ 08069-3600
518757934    +EDI: CONVERGENT.COM Jun 02 2020 03:48:00     Convergent Outsourcing, Inc.,   Attn: Bankruptcy,
               Po Box 9004,    Renton, WA 98057-9004
518757935    +EDI: AMINFOFP.COM Jun 02 2020 03:48:00     First PREMIER Bank,   Attn: Bankruptcy,
               Po Box 5524,    Sioux Falls, SD 57117-5524
518835317     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:36     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518757938     E-mail/Text: EBN_Charlotte@MeduitRCM.com Jun 02 2020 00:35:03     PMAB, LLC,   Po Box 12150,
               Charlotte, NC 28220
518764776     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:35
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
518811771    +EDI: JEFFERSONCAP.COM Jun 02 2020 03:48:00     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518757936*   +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
518757941*   +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Thomas J. Gleisner, Jr. aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4